**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LOGAN IRELAND, and NICHOLAS BEAR BADE,<br><br>      Plaintiffs,<br><br>v.<br><br>PETER B. HEGSETH, in his official capacity as Secretary of Defense; THE UNITED STATES OF AMERICA; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; THE UNITED STATES DEPARTMENT OF THE AIR FORCE;<br><br>      Defendants. | Civil A. No. 25-cv-01918-CPO-AMD<br><br>**ORDER TO SHOW CAUSE WHY A TEMPORARY RESTRAINING ORDER TO PREVENT INITIATION OF MILITARY ADMINISTRATIVE SEPARATION PROCEEDINGS SHOULD NOT BE ISSUED** |

**THIS MATTER** having been brought before the Court by Plaintiffs by Order to Show Cause seeking a temporary restraining order pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, and upon the Verified Complaint, Declarations, and Memorandum of Law submitted herewith, the Court having determined there are good and sufficient reasons why a procedure other than by notice of motion is necessary, and for good cause shown,

  **IT IS** on this _____ day of _____, 2025,

  **ORDERED** that counsel for Defendants Peter B. Hegseth, in his official capacity as Secretary of Defense, The United States of America, Gary Ashworth, in his official capacity as Acting Secretary of the Air Force, and The United States Department of the Air Force (collectively "Defendants") appear and show cause on the _____ day of _____, 2025,[1] before the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, located at 4th and Cooper Street, Courtroom 5A, Camden, New

---

[1]  Plaintiffs request that the Show Cause hearing occur with sufficient time for the Court to rule upon Plaintiffs' request for a temporary restraining order no later than March 24, 2025.

Jersey 08101, at _____ o'clock in the _____, or as soon thereafter as counsel can be heard, why an Order should not be entered:

1. Temporarily restraining Defendants from initiating administrative separation proceedings as to Plaintiffs pending further Order of this Court;

2. Temporarily restraining Defendants by requiring Defendants to hold open, as to Plaintiffs, the voluntary separation offer outlined in Section 4.4(a)(4) of the Implementing Guidance for Executive Order 14183 pending further Order of this Court;

3. Requiring no bond or nominal bond of Plaintiffs pursuant to *Temple Univ. v. White*, 941 F.2d 201, 220 n.28 (3d Cir. 1991) (stating that "the posting of a nominal bond" is appropriate when federal rights and public interests are at issue); and

4. Granting such other relief as the Court deems equitable and just.

And it is further **ORDERED** that:

1. Plaintiffs shall serve a copy of this Order to Show Cause, Verified Complaint, supporting Declarations, and Memorandum of Law submitted in support of this application, together with a summons, upon Defendants within 24 hours of the date and time hereof, in accordance with Fed. R. Civ. P. 4, and Plaintiff shall file proof of service of the same on the docket; and

2. Defendants shall file any written response to this Order to Show Cause and Plaintiffs' Motion for a Temporary Restraining Order no later than 24 hours prior to the hearing listed above.

**IT IS SO ORDERED.**

_____
Hon. Christine P. O'Hearn
United States District Judge