IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOGAN IRELAND, and NICHOLAS BEAR BADE,<br><br>Plaintiffs,<br><br>v.<br><br>PETER B. HEGSETH, in his official capacity as Secretary of Defense; THE UNITED STATES OF AMERICA; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; THE UNITED STATES DEPARTMENT OF THE AIR FORCE;<br><br>Defendants. | Civil A. No. 25-cv-01918-CPO-AMD<br><br>**DECLARATION OF LOGAN IRELAND IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TRO** |

I, Logan Ireland, upon personal knowledge, declare as follows:

1. I am a Master Sergeant, Rank E7, in the United States Air Force. Until Saturday, March 8, 20225, I was on Temporary Duty (TD) to Joint Base McGuire–Dix–Lakehurst. My TDY was terminated early and involuntarily because I am a transgender man.

2. I have been in active duty service in the U.S. Air Force for over fourteen years since enlisting on November 23, 2010. I currently serve as a Flight Chief in the Office of Special Investigations, where I lead over a dozen active duty Non-Commissioned Officers across multiple countries in the Indo-Pacific. In this role, I direct deliberate, adaptive, and agile intelligence preparation of the operating environment to protect U.S. Government equities while enhancing strategic partnerships to preserve a free and open Indo-Pacific.

3. I hold a Master's degree in Military Studies with dual concentrations in Strategic Leadership and Joint Warfare and a Bachelor's degree in Sociology.

4. I am 37 years old.

1

**History of Military Service**

5. Since entering the U.S. Air Force in 2010, I have completed multiple overseas tours in support of Operation Enduring Freedom, Operation Freedom's Sentinel, and Operation Resolute Support. I was deployed to Kandahar, Afghanistan from 2014 to 2015, and to Qatar in 2017. I also completed overseas tours in South Korea from 2021 to 2023, and to the United Arab Emirates from 2023 to 2024.

6. Throughout my career, I have earned numerous accolades, including four Air Force Commendation Medals; two Air Force Achievement Medals, two Military Outstanding Volunteer Service Medals; three Non-Commissioned Officer of the Year awards; the Non-Commissioned Officer Academy's Commandant and Distinguished Graduate awards; and lead Command endorsements for promotion to both E6 and E7 ranks.

7. I recently reenlisted for an indefinite contract with the U.S. Air Force.

8. I am currently seeking a commission as a U.S. Air Force officer. In December 2024, I received my Command's number one endorsement recommendation to receive an Officer commission. After receiving that endorsement, I applied in January 2025 to Officer Training School.

9. While I believe I am fully qualified to attend Officer Training School, I was notified on March 14, 2025 that I was not selected to attend.

**Experience Serving as Transgender in the Air Force**

10. I began my gender transition in 2012 after my enlistment in the Air Force. That year, I began taking male hormones. I have been on hormone therapy since that time.

11. In 2014, I obtained a court-ordered legal name change and had transition-related top surgery.

12. When I deployed to Afghanistan in 2014, I served and was treated as male by my command and unit. My commanding officer in Afghanistan was very supportive of my service as a transgender man. Everyone treated me as male because I looked like and presented as a man. I adhered to male grooming and appearance standards, and was assigned to male housing, where I roomed with other men and used men's restrooms and showers, with no issues.

13. After I returned from Afghanistan in 2015, I was formally authorizing to adhere to male standards.

14. I have served as a man and consistently adhered to male standards since my deployment to Afghanistan in 2014.

15. In 2016, I obtained a court-ordered gender marker changes to reflect my male sex on my birth certificate, passport, and Social Security record. Following this court order, I requested that my gender marker be changed from female to male in the Defense Enrollment Eligibility Reporting System ("DEERS"), which was changed as requested.

16. In 2017, I underwent additional medically necessary surgeries for my gender transition (hysterectomy and oophorectomy). Around that time, the military also confirmed my gender dysphoria diagnosis.

17. Throughout my over fourteen years of service, I have experienced no issues serving as a transgender man in the Air Force, until my recent experience while on TDY at Fort Dix. Every command I have had has been very supportive of me. Until the issuance of the Executive Order in January 2025 banning transgender people in service, I had not experienced issues related to my transgender status with my deployments, TDYs, or Permanent Change of Station (PCS).

18. Being transgender has had no negative impacts on my deployability or on my ability or readiness to serve. My command has entrusted me in a high-stakes, national security leadership role—most recently leading over a dozen Non-Commissioned Officers across the Indo-Pacific region—because of my work history and merit.

19. Being transgender has had no negative impact on unit cohesion or treatment by my peers. My colleagues, up and down the chain of command, have supported me and my service throughout my time in the Air Force.

### Impact of Ban

20. For the last fourteen years, I have served honorably and with distinction as a transgender service member. I recently reenlisted for an indefinite contract and hope and plan to stay in the Air Force until retirement. My goal is to stay in the Air Force for at least twenty years, if not longer.

21. President Trump's executive order banning military service by transgender people, the Department of Defense's February 26, 2025, implementing memorandum, and the Air Force's March 1, 2025 memorandum have disrupted my ability to serve under equal terms with others.

22. On March 6, 2025, while on TDY at Joint Base McGuire-Dix-Lakehurst I was told by my leadership team that I would have to comply with female regulations and standards, including dress, grooming, and facilities standards.

23. Because I am a man, I cannot do this. I live and serve as a man and cannot comply with female standards.

24. I was scheduled to be in New Jersey through March 29, 2025. Initially, I was ordered to leave a week early, on March 22, 2025, to return to my home base in Hawaii. Even

that early termination date from my TDY was abruptly changed when on March 8, 2025, I was made to involuntarily return to home base.

25. After I returned to home base, I was notified that I have been placed in administrative absence status.

26. I have been placed on administrative absence for no reason other than being transgender. Being on administrative absence harms my ability to serve with other troops and those under my command.

27. The Executive Order issued by President Trump, along with the directive issued by Defense Secretary Pete Hegseth, and the implementing rules and orders from the Air Force, mark me as dishonest, undisciplined, and selfish. I am none of those things. I have honorably served my country and met standards since 2014. These orders and directives demean my service and erode my relationships with peers and command. My ability to meet my obligations rests on the trust and faith that others in service place in me. Yanking me suddenly from a TDY position because of who I am and not because I am unable to meet standards harms the faith and trust others place in me as does telling others with whom I serve that I violate military standards, which I have not.

28. I had applied to Officer Training School, an opportunity for which I believe I am eminently capable. As set forth above, I was notified on March 14, 2025, that I was not selected to attend.

29. Because of the ban, I will be involuntarily separated from the Air Force to which I have devoted my professional life.

30. I wish to continue my service. I will not voluntarily separate.

31. It is not possible for me to serve in the military as a woman, which I am not. I am a man, look like a man, and have used men's facilities since my transition without incident. It would be extraordinarily disruptive for me to use women's restrooms and showers, sleep in women's berthing units, or otherwise access sex-segregated facilities for women.

32. If others were required to refer to me by female pronouns or address me as "Ma'am," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job. If others refer to me as "she" or "her," no one will even know who they are talking about. That could put me and others at risk. It would make it impossible for me to perform my duties. And there is no reason for it other than to demean me and make it impossible for me to continue in service.

33. I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I have undergone a gender transition. Moreover, as stated above, I am unable to adhere to the standards associated with women, since I am a man.

34. If I cannot continue to serve as a man, as I have for more than a decade, I will not be able to serve at all.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED: 18Mar25

_____
Logan Ireland

7