## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOGAN IRELAND, and NICHOLAS BEAR BADE, <br><br> Plaintiffs, <br><br> v. <br><br> PETER B. HEGSETH, in his official capacity as Secretary of Defense; THE UNITED STATES OF AMERICA; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; THE UNITED STATES DEPARTMENT OF THE AIR FORCE; <br><br> Defendants. | Civil A. No. 25-cv-01918-CPO-AMD <br><br> **DECLARATION OF NICHOLAS BEAR BADE** |

I, Nicholas Bear Bade, upon personal knowledge, declare as follows:

1. I am a Staff Sergeant, Rank E5 in the United States Air Force. Until recently, I was deployed to the Ali Al Salem Airbase in Kuwait, where I was part of the base's Security Forces. In this role, I provided base security and managed troops. I am currently stationed at Joint Base McGuire–Dix–Lakehurst in New Jersey, which is my home base. I have been in active duty service in the U.S. Air Force since enlisting on March 5, 2019.

2. After enlisting in March 2019 and graduating in May of that year, I attended technical school and was assigned to Kirtland Air Force Base. I graduated Airman Leadership School in 2023 and became a Staff Sergeant in March 2024.

3. I am 44 years old.

4. I am a transgender man.

## History of Military Service

5. I was deployed to Kuwait on September 28, 2024, where I was to serve until the middle of April. There, I provided base security to the Ali Al Salem Airbase, a joint coalition base where Kuwaitis hosted several nations such as the United States, Italy, and Canada.

6. Before my deployment to Kuwait, I rose the ranks from Airman First Class (A1C) to Senior Airman (E4). After testing twice, I was selected for E5 promotion (during a year in which Air Force progressed only 16% of E4s to the E5 rank). Before being formally selected as Staff Sergeant, I attended Airman Leadership School as an E4 rank and began managing troops.

7. Throughout my career, I have earned numerous accolades, including a Diamond Sharp Award, a Wing level scholarship, the Military Outstanding Volunteer Service Medal, and an Achievement Medal. I have also been commended on my efforts as a Jewish Lay Leader where I supported service members from multiple branches, as well as civilian dependents. I have performed that volunteer service at multiple installations

## Experience Serving as Transgender in the Air Force

8. I was diagnosed with gender dysphoria in 2014, five years before my enlistment in the Air Force. I began my gender transition and started taking male hormones prescribed by my doctor. I continue to use hormone therapy today, which I self-administer on a weekly basis.

9. In 2015, I obtained a court-ordered legal name change and had transition-related top surgery. I also obtained a birth certificate and passport with a male gender marker. All my documentation at the time of enlistment indicated that I was male. Therefore, my gender marker in the Defense Enrollment Eligibility Reporting System ("DEERS") has consistently been male.

10. I have served as a man and consistently adhered to male standards throughout my time in the Air Force. While on deployment, and throughout my time in service, I

have adhered to male grooming and appearance standards. I am always assigned to male housing, where I room with other men and use men's restrooms and showers, with no issues.

11.     Throughout my six years of service and until recently, I have experienced no issues serving as a transgender man in the Air Force. Every command I have had has been very supportive of me. Until the issuance of the Executive Order in January 2025 banning transgender people in service, I had not experienced issues related to my transgender status with my deployments, temporary duty assignments ("TDYs"), or permanent changes of station ("PCSs").

12.     Being transgender has had no negative impacts on my deployability or on my ability or readiness to serve. My command has entrusted me in a high-stakes, national security leadership role because of my work history and merit.

13.     Being transgender has had no negative impact on unit cohesion or treatment by my peers. Until the issuance of the ban on transgender people serving in the military, my colleagues, up and down the chain of command, have supported me and my service throughout my time in the Air Force.

**Impact of Ban**

14.     For the last six years, I have served honorably and with distinction as a transgender service member. My goal is to remain in the Air Force for at least twenty years. I have dedicated my life to military service and wish to continue.

15.     President Trump's Executive Order banning military service by transgender people, the Department of Defense's February 26, 2025, memorandum implementing the Executive Order, and the Air Force's March 1, 2025, related memorandum have harmed me significantly and will end my service. I do not wish to end my service.

16. When my recent deployment was formally ended, I was sent back to my home base in New Jersey. I did not wish to end my deployment early. And my deployment was terminated early because I am transgender and not because of any failures on my part to perform my duties.

17. I was serving in active deployment on March 6th, when I was told that I had to return to my home base.

18. My leadership offered me three choices: voluntarily separate and leave deployment, face involuntary separation, or return from Kuwait on temporary administrative absence. Although I was scheduled to remain deployed until April 2025 and wanted to finish out my deployment, I took the administrative absence.

19. Flight arrangements were made for me and within 24 hours of notification, I was put on a return flight to my home base.

18. Current military policy requires me to abide by female regulations and standards, including dress, grooming, facilities, and fitness standards. Because I am a man, I cannot do this. I live and serve as a man and cannot comply with female standards.

19. If others were required to refer to me by female pronouns or address me as "Ma'am," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job.

20. It is obvious that if others refer to me as "Ma'am" rather than "Sir," or use female pronouns in reference to me, it interferes with my ability to do my job and puts me and others around me at risk. For example, if I am at a command station, and someone shouts "hand *her* artillery," someone would not know that person was referring to me because I am a man.

4

21     I was supposed to be in Kuwait through mid-April 2025, but because of the new policies, I was made to return to my home base New Jersey.

22     The Executive Order issued by the President and being carried out by Secretary Hegseth and the United States Air Force says that I am dishonest, selfish, and undisciplined. Those things are not true. In addition, I am demeaned because of the policy and directives that have been issued by the President, the Defense Secretary, the Service Secretary, and other divisions of the military.

23     Being pulled out of an active deployment demeans my role and has broken the trust that my troops and command place in me. My ability to do my job depends on the trust that others place in me. Performance in the military rests on the trust that all of us put in others knowing that they will perform their duties as directed. I spent years building that trust with others.

24     Getting sent home because transgender people are banned from service has made my transgender status widely known throughout my deployment and home squadrons. That is not information that I wanted shared in that way.

25     Telling others in service that I am dishonest, undisciplined, and selfish makes it impossible for others to preserve that trust in me. Also, because I was removed from a deployment unrelated to my ability to do my job, others will not count on me being there to serve alongside and protect them as they serve alongside and protect me.

26     I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I have transitioned. In addition, as stated above, I am unable to adhere to the standards associated with women, since I am a man.

27. If I cannot continue to serve as a man, as I have for more than six years, I will not be able to serve at all.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED:     15 March 2025

*[signature: Nicholas Bear Bade]*

Nicholas Bear Bade

6