# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOGAN IRELAND, and NICHOLAS BEAR BADE,<br><br>        *Plaintiffs*,<br><br>v.<br><br>PETER B. HEGSETH, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-01918<br><br>**NOTICE PURSUANT TO THE COURT'S ORDER** |

    The Court's March 18, 2025, Order to Show Cause requires the Parties to notify the Court of any decisions rendered that may impact this case. Defendants respectfully notify the Court that, earlier today, the United States District Court for the District of Columbia granted the plaintiffs' motion for a preliminary injunction in a related case, *Talbott v. United States*, No. 25-cv-1918 (D.D.C.). The court's order is attached as Exhibit 1. The court's memorandum opinion is attached as Exhibit 2.

Dated: March 18, 2025

                                        Respectfully submitted,

                                        YAAKOV M. ROTH
                                        Acting Assistant Attorney General

                                        ALEX HAAS
                                        Director, Federal Programs Branch

                                        JEAN LIN
                                        Special Litigation Counsel

                                        */s/ John Robinson*
                                        JASON C. LYNCH
                                        JOHN ROBINSON
                                        ELIZABETH B. LAYENDECKER
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L. Street, NW
                                        Washington D.C. 20005

(202) 616-8489
john.j.robinson@usdoj.gov

*Counsel for Defendants*