# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOGAN IRELAND and NICHOLAS BEAR BADE,<br><br>Plaintiffs,<br><br>v.<br><br>PETER B. HEGSETH, in his official capacity as Secretary of Defense; THE UNITED STATES OF AMERICA; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; and THE UNITED STATES DEPARTMENT OF THE AIR FORCE,<br><br>Defendants. | Civil A. No. 25-cv-01918-CPO-AMD<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

After close of business this evening, the United States District Court for the District of Columbia entered a preliminary injunction to enjoin the Defendants in this action, among others, "pending further order of this Court, from implementing Executive Order No. 14183; as well as 'Additional Guidance on Prioritizing Military Excellence and Readiness,' Dkt. 63-1; and any other memorandums, guidance, policies, or actions issued pursuant to Executive Order 14183 or the Additional Guidance on Prioritizing Military Excellence and Readiness." *Talbott v. United States*, No. 25-cv-240, ECF 88 (D.D.C. March 18, 2025). The D.C. Court stayed the effect of the Order until March 21, 2025 at 10:00 a.m. ET, with the order to automatically go into effect at 10:01 a.m., unless stayed by an appellate court. *Id.* The D.C. Court further issued a Memorandum Opinion in support of the order. *Id.* at ECF 89.

In accordance with this Court's Order to Show Cause of March 18, 2025 (Dkt. 7), Plaintiffs submit the D.C. Court's Order and the Memorandum Opinion as attachments to this notice of

supplemental authority. Plaintiffs anticipate submitting further briefing to address the relevance of this decision on the pending Order to Show Cause.

DATED: March 18, 2025

Respectfully submitted,

| | |
|---|---|
| **GLBTQ LEGAL ADVOCATES & DEFENDERS**<br><br>Jennifer Levi<br>    (*pro hac vice application pending*)<br>Michael Haley<br>    (*pro hac vice application forthcoming*)<br>18 Tremont Street, Suite 950<br>Boston, MA 02108<br>617.426.1350<br>jlevi@glad.org<br>mhaley@glad.org<br><br>**NATIONAL CENTER FOR LESBIAN RIGHTS**<br><br>Shannon P. Minter<br>    (*pro hac vice application forthcoming*)<br>870 Market Street, Suite 370<br>San Francisco, CA 94102<br>415.392.6257<br>sminter@nclrights.org | **STAPLETON SEGAL COCHRAN LLC**<br><br>By: */s/ John S. Stapleton*<br>    John S. Stapleton, ID 032622005<br>Eli Segal, ID 030792007<br>Jonathan Cochran, ID 028142012<br>Lowry Yankwich, ID418582022<br>Four Greentree Centre<br>601 Route 73 N, Suite 303<br>Marlton, NJ 08053<br>856.259.3300<br>jstapleton@stapletonsegal.com<br>esegal@stapletonsegal.com<br>jcochran@stapletonsegal.com<br>lyankwich@stapletonsegal.com<br><br>**LANGER GROGAN & DIVER P.C**<br><br>By: */s/ John Grogan*<br>    John Grogan, ID 995549<br>Mary Catherine Roper<br>    (*pro hac vice application forthcoming*)<br>Daniel Nagdeman<br>    (*pro hac vice application forthcoming*)<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 10001<br>215.320.5662<br>jgrogan@langergrogan.com<br>mroper@langergrogan.com<br>dnagdeman@langergrogan.com |

## **CERTIFICATE OF SERVICE**

I, John S. Stapleton, certify that on this date, I caused the foregoing *Notice of Supplemental Authority* to be served upon all counsel of record through the Court's ECF system, and further caused courtesy copies of the foregoing documents to be emailed to the following:

> Jean Lin
> Jean.Lin@usdoj.gov
>
> Jason Lynch
> Jason.Lynch@usdoj.gov
>
> Elizabeth B. Layendecker
> Elizabeth.B.Layendecker@usdoj.gov
>
> John J. Robinson
> John.J.Robinson@usdoj.gov

March 18, 2025                                          /s/ *John S. Stapleton*
                                                        John S. Stapleton