

**U.S. Department of Justice**

Civil Division
Federal Programs Branch

_____

ELIZABETH B. LAYENDECKER
TRIAL ATTORNEY

*1100 L Street NW*
*Washington, DC 20005*
*elizabeth.b.layendecker@usdoj.gov*
*(303) 616-5046*

March 19, 2025

<u>Via ECF</u>
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, NJ 08101

      **Re:** *Ireland v. Hegseth, et al*, **No. 25-cv-01918**
          **Consent Request for Leave to File Overlength Brief in Opposition to Plaintiffs' TRO**

Dear Judge O'Hearn

    Defendants Secretary of Defense Pete Hegseth, Acting Secretary of the Air Force Gary Ashworth, and the United States Air Force hereby request leave from the page limit set by Local Civil Rule 7.2(d) for Defendants' forthcoming opposition to Plaintiffs' Motion for a Temporary Restraining Order. Defendants seek to increase the page limit from 30 pages to 40 pages in a 12-point proportional font. There is good cause for this request. Plaintiffs have filed a 40-page brief in a proportional font. To adequately respond to that brief, Defendants anticipate needing a proportionate extension of the page limitation. Defendants further believe that the extension will assist the Court in deciding the TRO motion. Defendants' counsel have conferred with Plaintiffs' counsel, who indicated that they consent to this request.

    Should this proposal be acceptable to Your Honor, we respectfully request that you "so order" this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

2

                                        Respectfully submitted,

                                        YAAKOV M. ROTH
                                        Acting Assistant Attorney General

                                        ALEXANDER K. HAAS
                                        Director, Federal Programs Branch

                                        JEAN LIN
                                        Special Litigation Counsel

By:    */s/ Elizabeth B. Layendecker*
        ELIZABETH B. LAYENDECKER
        JOHN ROBINSON
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington D.C. 20005
        (202) 616-5046
        *Attorneys for Federal Defendants*

cc:    All counsel of record (via ECF)