# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOGAN IRELAND and NICHOLAS BEAR BADE, <br><br> Plaintiffs, <br><br> v. <br><br> PETER B. HEGSETH, in his official capacity as Secretary of Defense; THE UNITED STATES OF AMERICA; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; and THE UNITED STATES DEPARTMENT OF THE AIR FORCE, <br><br> Defendants. | Civil A. No. 25-cv-01918-CPO-AMD <br><br> **AFFIDAVIT OF SERVICE** |

I hereby certify that on March 19, 2025, I caused the following documents to be served via certified mail, pursuant Federal Rule of Civil Procedure 4, to the following:

**PARTIES SERVED:**

    Attorney General of the United States
    400 6th Street, NW
    Washington, D.C. 20001

    Peter B. Hegseth, Secretary of Defense
    1000 Defense Pentagon, Room 3E880
    Washington, D.C. 20301

The United States of America
via Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Gary Ashworth, Acting Secretary of the Air Force
1670 Air Force Pentagon
Washington, D.C. 20330

The United States Department of the Air Force
1670 Air Force Pentagon
Washington, D.C. 20330

**DOCUMENTS SERVED:** Plaintiffs' Verified Complaint (Coversheet, Verification and Exhibits), Plaintiffs' Order to Show Cause Why a Temporary Restraining Order to Prevent Initiation of Military Administrative Separation Proceedings Should Not be Issued (Order to Show Cause, Memorandum of Law, Exhibits)

**MANNER OF SERVICE:** Certified Mail. See attached receipt.

**DATE & TIME OF SERVICE:** The above-referenced documents were sent via certified mail to the recipients listed above on March 19, 2025 at 3:11pm. See attached receipt.

I declare under penalty of perjury that the foregoing is true and correct, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed: March 20, 2025      By: _____
                                  John S. Stapleton, ID 032622005

                                  *Attorney for Plaintiffs*

IRELAND and BADE v. PETER B. HEGSETH, et al.

Proof of Service Receipt

