## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOGAN IRELAND, and NICHOLAS BEAR BADE,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>PETER B. HEGSETH, *et al.*,<br><br>      *Defendants*. | Case No. 1:25-cv-01918<br><br>**NOTICE PURSUANT TO THE COURT'S ORDER** |

The Court's March 18, 2025 Order to Show Cause requires Defendants to notify Plaintiffs and the Court if the Department of Defense or its subsidiaries "issues any policy or guidance implementing the challenged Executive Orders in the military."

At this time, Defendants are aware of the following such documents (new item(s) in **bold**):

| | |
|---|---|
| 28 Jan 2025 | Dep't of the Navy, Navy Recruiting Command, *Decision Guidance Memorandum #N00-30: Processing of Applicants Identifying as Transgender*.[1] |
| 31 Jan 2025 | Secretary of Defense, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[2] |
| 04 Feb 2025 | Dep't of the Air Force, Office of the Assistant Secretary, *Implementation of Executive Order 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[3] |

---

[1] *See* ECF No. 13-1.
[2] *See* ECF No. 13-2.
[3] *See* https://www.af.mil/News/Article-Display/Article/4054626/daf-releases-memorandum-on-implementation-of-executive-order-14168-defending-wo/

1

| 04 Feb 2025 | Dep't of the Army, Office of the Assistant Secretary for Manpower and Reserve Affairs: *Implementing Guidance for Executive Order Defending Women*.[4] |
|---|---|
| 07 Feb 2025 | Secretary of Defense, *Prioritizing Military Excellence and Readiness*.[5] |
| 07 Feb 2025 | Dep't of the Army, *Implementation of Executive Orders Related to Transgender Military Service* ("EXORD 150-25").[6] |
| 14 Feb 2025 | Dep't of the Army, Fragmentary Order ("FRAGO") 1, amending EXORD 150-25 (above).[7] |
| 26 Feb 2025 | Office of the Under Secretary of Defense, *Additional Guidance on Prioritizing Military Excellence and Readiness*.[8] |
| 28 Feb 2025 | Office of the Under Secretary of Defense, *Clarifying Guidance on Prioritizing Military Excellence and Readiness*.[9] |
| 01 Mar 2025 | Dep't of the Air Force, Acting Assistant Sec'y for Manpower & Readiness, *Additional Guidance for Executive Order 14183, 'Prioritizing Military Excellence and Readiness.'*[10] |
| 04 Mar 2025 | Office of the Undersecretary of Defense, *Clarifying Guidance on Prioritizing Military Excellence and Readiness: Retention and Accession Waivers*.[11] |
| 06 Mar 2025 | Sec'y of the Army, *Prioritizing Military Excellence and Readiness Implementation Guidance*.[12] |
| 07 Mar 2025 | Dep't of the Army, *Implementing Guidance for Executive Order* (EXORD 175-25) (superseding EXORD 150-25, above).[13] |
| 13 Mar 2025 | Sec'y of the Navy, *Initial Direction on Prioritizing Military Excellence and Readiness*.[14] |
| 13 Mar 2025 | Chief of Naval Operations, *Initial Execution Related to Prioritizing Military Excellence and Readiness* (NAVADMIN 055/25).[15] |
| 14 Mar 2025 | Commandant of the Marine Corps, *Initial Guidance on Prioritizing Military Excellence and Readiness*. (MARADMINS 128/25).[16] |
| 21 Mar 2025 | Office of the Undersecretary of Defense for Personnel & Readiness, *Prioritizing Military Excellence and Readiness: Military Department Identification*.[17] |

---

[4] *See* ECF No. 13-3.
[5] *See* ECF No. 13-4.
[6] *See* ECF No. 13-5.
[7] *See* ECF No. 13-6.
[8] *See* ECF No. 13-7.
[9] *See* ECF No. 13-8.
[10] *See* ECF No. 13-9.
[11] *See* ECF No. 13-10.
[12] *See* ECF No. 13-11.
[13] *See* ECF No. 13-12.
[14] *See* ECF No. 13-13.
[15] *See* ECF No. 13-14.
[16] *See* ECF No. 13-15.
[17] *See* ECF No. 25-1.

| | |
|---|---|
| 21 Mar 2025 | **Office of the Undersecretary of Defense for Personnel & Readiness, *Compliance with Federal Court Order in Talbott v. United States*, No. 25-cv-00240 (D.D.C.)**[18] |

Dated: March 21, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEX HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

*/s/ John Robinson*
JASON C. LYNCH
JOHN ROBINSON
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Counsel for Defendants*

---

[18] Exhibit 1.