UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING:** 3/24/25

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** John Kurz

**TITLE OF CASE:**  **DOCKET NO.**: 1:25-cv-01918 (CPO-AMD)

LOGAN IRELAND, et al.
    v.

PETER B. HEGSETH
*in his official capacity as Secretary of Defense*, et al.

**APPEARANCES:**
Jennifer Levi, Esquire for Plaintiffs
John Grogan, Esquire for Plaintiffs
John Stapleton, Esquire for Plaintiffs
Abhishek Kambli, Esquire for Defendants
Elizabeth Laydendecker, Esquire for Defendants

**NATURE OF PROCEEDINGS:** ORDER TO SHOW CAUSE
Hearing on Plaintiffs' Motion for Temporary Restraining Order, ECF No. 4.

**DISPOSITION:**
ORDERED Plaintiffs' Motion for Temporary Restraining Order, ECF No. 4, is GRANTED. Order to be entered.

Time Commenced:   9:40am
Time Adjourned:   10:55am
**Total Time:**   **1 Hour and 15 Minutes**

                                                s/ Haley E. Minix
                                                Deputy Clerk