# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOGAN IRELAND, and NICHOLAS BEAR BADE,<br><br>*Plaintiffs*,<br><br>v.<br><br>PETER B. HEGSETH, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01918<br><br>**NOTICE OF WITHDRAWAL** |

To the Clerk of Court and all parties of record:

Please take notice that, as provided under Local Rule 102.1, John Robinson withdraws his appearance as counsel for Defendants. The basis for the withdrawal is that Mr. Robinson's employment with the Department of Justice will conclude on April 8, 2025. Defendants will continue to be represented by Jean Lin, Brooke Layendecker, and Abhishek Kambli of the Department of Justice.

Dated: April 4, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

*/s/ John Robinson*
JOHN ROBINSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Counsel for Defendants*