IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOGAN IRELAND and NICHOLAS BEAR BADE,<br><br>        Plaintiffs,<br><br>v.<br><br>PETER B. HEGSETH, in his official capacity as Secretary of Defense; THE UNITED STATES OF AMERICA; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; and THE UNITED STATES DEPARTMENT OF THE AIR FORCE,<br><br>        Defendants. | Civil A. No. 25-cv-01918-CPO-AMD<br><br>NOTICE OF VOUNTARY DISMISSAL |

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Logan Ireland and Nicholas Bear Bade voluntarily dismiss this action without prejudice.

DATED: May 15, 2025

| | |
|---|---|
| **GLBTQ LEGAL ADVOCATES & DEFENDERS**<br><br>Jennifer Levi<br> (*pro hac vice*)<br>Michael Haley (*pro hac vice application forthcoming*)<br>18 Tremont Street, Suite 950<br>Boston, MA 02108<br>617.426.1350<br>jlevi@glad.org<br>mhaley@glad.org<br><br>**NATIONAL CENTER FOR LESBIAN RIGHTS**<br><br>Shannon P. Minter (*pro hac vice application forthcoming*)<br>870 Market Street, Suite 370 | **STAPLETON SEGAL COCHRAN LLC**<br><br>By: */s/ John S. Stapleton*<br> John S. Stapleton, ID 032622005<br>Eli Segal, ID 030792007<br>Jonathan Cochran, ID 028142012<br>Lowry Yankwich, ID 418582022<br>Four Greentree Centre<br>601 Route 73 N, Suite 303<br>Marlton, NJ 08053<br>856.259.3300<br>jstapleton@stapletonsegal.com<br>esegal@stapletonsegal.com<br>jcochran@stapletonsegal.com<br>lyankwich@stapletonsegal.com<br><br>**LANGER GROGAN & DIVER P.C.**<br><br>By: */s/ John Grogan*<br> John Grogan, ID 026971993 |

- 2 -

San Francisco, CA 94102
415.392.6257
sminter@nclrights.org

Mary Catherine Roper (*pro hac vice application forthcoming*)
Daniel Nagdeman (*pro hac vice application forthcoming*)
1717 Arch Street, Suite 4020
Philadelphia, PA 10001
215.320.5662
jgrogan@langergrogan.com
mroper@langergrogan.com
dnagdeman@langergrogan.com